# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

September 14, 2021

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
VERNON S. BRODERICK
U.S.D.J. 9/14/2021

The status conference in this matter is hereby adjourned to January 20, 2022 at 10:30 a.m.

**BY ECF AND EMAIL**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re: **United States v. Hasanae Kirby**
    **18 Cr. 231 (VSB)**

Dear Judge Broderick:

    I respectfully write on behalf of my client, Hasanae Kirby, and with the consent of the Government by Dominic A. Gentile, to request that the conference currently scheduled for tomorrow, September 15, 2021, be adjourned until after his sentencing on the underlying indictment which is essentially the basis for this violation and to which he has pled guilty before Judge Nathan. He is scheduled for sentencing on January 10, 2022.

Respectfully submitted,

*[signature]*

Robert M. Baum
Assistant Federal Defender

cc: Dominic A. Gentile, Esq.
    Assistant United States Attorney